

# Fourth Court of Appeals
## San Antonio, Texas

March 18, 2020

No. 04-20-00086-CV

**IN RE LMDJ, ET AL.,**

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2019PA00216
Honorable Martha Tanner, Judge Presiding

# O R D E R

This is an accelerated appeal of the trial court's order terminating appellant's parental rights. Appellant's brief was originally due to be filed on March 16, 2020. On that date, appellant filed a motion requesting an extension of time to file the brief until ten (10) days after the trial court signs an as yet unsigned nunc pro tunc order of termination.

The disposition of this appeal is governed by the standards set forth in Rule 6.2 of the Texas Rules of Judicial Administration. TEX. R. JUD. ADMIN. 6.2. Accordingly, this appeal is required to be brought to final disposition within 180 days of the date the notice of appeal is filed. *Id.*

The motion is GRANTED as follows: appellant's brief must be filed no later than twenty (20) days from the date of this order. This extension will allow appellant time to ensure the nunc pro tunc order of termination is made part of the appellate record, as well as to prepare appellant's brief. Given the time constraints governing the disposition of this appeal, further requests for extensions of time will be disfavored.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of March, 2020.

_Michael A. Cruz_
MICHAEL A. CRUZ,
Clerk of Court